

**NUMBER 13-16-00137-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CEDRIC LILLY,                                                          Appellant,

v.

FELICIA FOREMAN,                                                      Appellee.

**On appeal from the 328th District Court
of Wharton County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Longoria
Memorandum Opinion Per Curiam**

Appellant, Cedric Lilly, perfected an appeal from a judgment entered by the 328th District Court of Wharton County, Texas, in cause number 47,910. Appellant has filed an unopposed motion to dismiss the appeal on grounds that the parties have entered into a mediated settlement agreement which renders this appeal moot. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
21st day of July, 2016.

2